UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GREGORIO HERNANDEZ MORENO,  )<br>)<br>Plaintiff,                                          )<br>)<br>v.                                                          )<br>)<br>D&A CONTRACTORS, *et al.*,                 )<br>)<br>Defendants.                                      )<br>) | Civil Action No. 14-cv-0501 (KBJ) |

### ORDER

Before the Court at present is the Parties' Joint Motion to Approve Settlement Agreement. (ECF No. 9.) The Parties in this matter appeared before the Court for a status conference on June 24, 2014, to discuss the proposed settlement. In light of the Court's review of the Parties' motion, the signed Settlement Agreement itself, and the Parties' representations at the status conference, it hereby

**ORDERED** that the Parties' motion is **GRANTED** and the settlement agreement is **APPROVED**. The Court notes that it has considered and evaluated the fairness and propriety of the Parties' agreement, and has satisfied itself that the Settlement is fair and just and that the interests of Plaintiff have been served and protected. The Court is also satisfied that counsel for Plaintiff has adequately represented Plaintiff in securing the fair and reasonable settlement. It is

**FURTHER ORDERED** that this civil action is hereby **DISMISSED** with prejudice.

DATE: June 24, 2014                                  *Ketanji Brown Jackson*
                                                                         KETANJI BROWN JACKSON
                                                                         United States District Judge